IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ELIJAH JAMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-1645

Opinion filed July 7, 2014.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Michael Jerome Titus, Assistant Conflict Counsel, Office of Criminal Conflict and
Civil Regionals Counsel, Region One, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Virginia Chester Harris, Assistant
Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

ROWE, MARSTILLER, and RAY, JJ., CONCUR.